THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXEI KUZMIN,

Plaintiff,

v.

TALISMAN MARINE INSURANCE PROTECTED CELL INC. d/b/a TALISMAN MARINE INSURANCE COMPANY INC., *et al.*,

Defendants.

CASE NO. C25-1395-JCC

ORDER

This matter comes before the Court on Defendants Talisman Marine Insurance Protected Cell Inc. (d/b/a Talisman Insurance Company Inc.) and Talisman Insurance Company Inc.'s (collectively "Talisman") motion for reconsideration (Dkt. No. 31). Such motions are disfavored. They will be considered only when there is "manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." LCR 7(h)(1).

In its motion, Talisman seeks clarification as to whether the Court, in finding that Talisman must lodge an appearance bond before pleading in this matter, would afford Talisman the opportunity to make a showing that it maintains sufficient funds or securities to dispense with the bond requirement, in accordance with AS 21.33.031(a)(1). (*Id.* at 1–2.) The Court now

CLARIFIES that, in previously finding, (*see* Dkt. No. 30 at 2–3), it affirmatively *declined* to entertain the issue. Thus, Talisman *is not* afforded an opportunity to make the showing described in AS 21.33.031(a)(1) in lieu of an appearance bond.

It is so ORDERED this 4th day of November 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE