THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALEXEI KUZMIN,<br><br>      Plaintiff,<br><br>vs.<br><br>TALISMAN MARINE INSURANCE PROTECTED CELL INC., D/B/A TALISMAN MARINE INSURANCE COMPANY INC.; TALISMAN INSURANCE COMPANY INC.; ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES INC.; ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES LLC and PACIFIC MARINE & ENERGY RESOURCES INC.,<br><br>      Defendants. | IN LAW AND ADMIRALTY<br><br>Case No.: 2:25-cv-01395-JCC<br><br>**STIPULATED MOTION AND [~~PROPOSED~~] ORDER CONTINUING TALISMAN DEFENDANTS' DEADLINE TO ANSWER**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**NOVEMBER 10, 2025** |

## STIPULATION

Plaintiff Alexei Kuzmin and Defendants Talisman Marine Insurance Protected Cell Inc., d/b/a Talisman Insurance Company Inc, and Talisman Insurance Company Inc. (collectively referred to herein as "Talisman,") by and through their respective counsel of record, hereby stipulate to and move the Court as follows:

Talisman has advised Mr. Kuzmin it is in the process of obtaining the bond required by the Court's Order (Dkt. #30). Due in part to the fact that today, November 10, 2025 is a banking holiday, Talisman anticipates the bond may not issue prior to November 11, 2025. As a result, Talisman may

STIPULATED MOTION AND [~~PROPOSED~~]
ORDER CONTINUING TALISMAN DEFENDANTS'
DEADLINE TO ANSWER- 1
(CASE NO. 2:25-cv-01395-JCC)

LAW OFFICES OF
NICOLL BLACK ALTENBRUN & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

be unable to lodge the bond prior to the expiration of the deadline for Talisman to file a responsive pleading, currently set for November 11, 2025. In order to allow Talisman sufficient time to lodge the required bond, Talisman and Kuzmin hereby stipulate that Talisman may file a pleading responsive to the First Amended Complaint no later than November 17, 2025.

This stipulated motion is without prejudice to Mr. Kuzmin's right to request an increase in the bond amount.

Dated this 10th day of November, 2025.

| TRUEB BERNE & BEARD LLC<br>*Per 11/10/25  Email Authority*<br><br>*/s/ Zachary T. Berne*<br>Zachary T. Berne, WSBA No. 60489<br>*Attorneys for Plaintiff* | NICOLL BLACK & FEIG, PLLC<br><br>*/s/ Jeremy B. Jones*<br>Christopher W. Nicoll, WSBA No. 20771<br>Jeremy B. Jones, WSBA No. 44138<br>*Attorney for Defendants Talisman Marine Insurance Protected Cell Inc., d/b/a Talisman Insurance Company Inc, and Talisman Insurance Company Inc.* |
|---|---|

## ORDER

For the foregoing reasons, the Court GRANTS Talisman and Mr. Kuzmin's stipulated motion, and Orders as follows:

1. Talisman must file a pleading responsive to the First Amended Complaint no later than November 17, 2025.

2. Before Talisman may do so, it must lodge an appearance bond complaint with AS 21.33.031 in the amount of $1.8 million.

3. If Talisman does not do so (within the required timeline), Plaintiff may move for Rule 55 default.

STIPULATED MOTION AND [~~PROPOSED~~]
ORDER CONTINUING TALISMAN DEFENDANTS'
DEADLINE TO ANSWER- 2
(CASE NO. 2:25-cv-01395-JCC)

LAW OFFICES OF
**NICOLL BLACK ALTENBRUN & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

Dated this 10th day of November, 2025.

_____
THE HONORABLE JOHN C. COUGHENOUR

STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING TALISMAN DEFENDANTS' DEADLINE TO ANSWER- 3
(CASE NO. 2:25-cv-01395-JCC)

LAW OFFICES OF
NICOLL BLACK ALTENBRUN & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

# CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing document with the Clerk of the Court using the CM/CF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**
Zachary T Berne
TRUEB BERNE & BEARD LLC (AK)
330 L ST, STE 101
ANCHORAGE, AK 99501
907-277-0161
Email: zberne@tbmaritimegroup.com

**Attorneys for Defendant Arthur J. Gallagher Risk Management Services Inc.; Arthur J. Gallagher Risk Management Services LLC**
Michael A. Barcott, WSBA #13317
Daniel P. Barcott, WSBA #50282
HOLMES WEDDLE & BARCOTT, P.C.
3101 Western Avenue, Suite 500
Seattle, Washington 98121
Telephone: (206) 292-8008
Email: mbarcott@hwb-law.com
dbarcott@hwb-law.com

**Attorneys for Defendant Pacific Marine & Energy Resources, Inc.**
Sally S. Kim, WSBA #35289
GORDON REES SCULLY MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Email: sallykim@grsm.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 10, 2025 at Seattle, Washington.

*/s/ Jeremy B. Jones*
Jeremy B. Jones, WSBA No. 44138

STIPULATED MOTION AND [~~PROPOSED~~] ORDER CONTINUING TALISMAN DEFENDANTS' DEADLINE TO ANSWER- 4
(CASE NO. 2:25-cv-01395-JCC)

LAW OFFICES OF
**NICOLL BLACK ALTENBRUN & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515