TRUEB BERNE & BEARD, LLP
330 L STREET, SUITE 101
ANCHORAGE, ALASKA 99501
PHONE (907) 277-0161
FAX (907) 277-0164

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ALEXEI KUZMIN,<br><br>Plaintiff,<br><br>v.<br><br>TALISMAN MARINE INSURANCE PROTECTED CELL INC., D/B/A TALISMAN MARINE INSURANCE COMPANY INC.; TALISMAN INSURANCE COMPANY INC.; ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES INC.; ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES LLC and PACIFIC MARINE & ENERGY RESOURCES INC.,<br><br>Defendants. | No. 2:25-cv-01395-JCC<br><br>AT LAW AND IN ADMIRALTY<br><br>**[~~PROPOSED~~] ORDER ON STIPULATION RELEASING TALISMAN BOND** |

The COURT having reviewed Plaintiff Alexei Kuzmin's and Defendant Talisman Marine Insurance Protected Cell Inc.'s and Defendant Talisman Insurance Company Inc.'s Stipulation Releasing Talisman Bond (**Dkt No 56**), ORDERS that the $1,800,000 appearance bond posted by or on behalf of the Talisman Defendants in this Action, including Bond No. 1001231516 issued by U.S. Specialty Insurance Company and any rider, continuation, replacement, substitute, or collateral connected with that bond, should be exonerated, released, discharged, and returned according to its terms.

//

//



TRUEB BERNE & BEARD, LLP
330 L Street, Suite 101
Anchorage, AK 99501
Telephone: 907.277.0161

So ORDERED this 21st day of September 2026.

The Honorable John C. Coughenour
United States District Judge



TRUEB BERNE & BEARD, LLP
330 L Street, Suite 101
Anchorage, AK 99501
Telephone: 907.277.0161

TRUEB BERNE & BEARD, LLP
330 L STREET, SUITE 101
ANCHORAGE, ALASKA 99501
PHONE (907) 277-0161
FAX (907) 277-0164

*Presented by:*

TRUEB BERNE & BEARD, LLP
*BY: s/ Zach Berne*
Zach Berne, WSBA No. 60489
Attorney for Plaintiff Alexei Kuzmin

CERTIFICATE OF SERVICE

I certify that on September 18, 2026, I caused a true and correct copy of the foregoing to be served by electronic service on:

Attorneys for Defendant Talisman Marine Insurance Protected Cell Inc., D/B/A Talisman Marine Insurance Company Inc.; Talisman Insurance Company Inc.
Christopher W. Nicoll, WSBA No. 20771
Jeremy B. Jones, WSBA No. 44138
NICOLL BLACK ALTENBRUN & FEIG
1325 Fourth Avenue, Suite 1650
Seattle, WA 98101
Phone: 206.838.7555
Email: cnicoll@nicollblack.com
jjones@nicollblack.com

Attorneys for Defendant Arthur J. Gallagher Risk Management Services Inc. and Arthur J. Gallagher Risk Management Services LLC
Michael A. Barcott, WSBA No. 13317
Daniel P. Barcott, WSBA No. 50282
HOLMES WEDDLE & BARCOTT, PC
3101 Western Avenue, Suite 500
Seattle, WA 98121
Phone: 206.292.8008
Email: mbarcott@hwb-law.com
dbarcott@hwb-law.com

Attorneys for Defendant Pacific Marine & Energy Resources Inc.
Sally Kim, WSBA No. 35289
GORDON REES SCULLY MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: 206.695.5100
Email: sallykim@grsm.com

*s/ Zach Berne*
Zach Berne



TRUEB BERNE & BEARD, LLP
330 L Street, Suite 101
Anchorage, AK 99501
Telephone: 907.277.0161

TRUEB BERNE & BEARD, LLP
330 L STREET, SUITE 101
ANCHORAGE, ALASKA 99501
PHONE (907) 277-0161
FAX (907) 277-0164